**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Fluid Construction Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **FKA  Evolve Construction and Consulting Services** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-0621618** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1064 West Highway 50**<br>**Suite 215**<br>**Clermont, FL 34711** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Lake** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.fluid-construction.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Fluid Construction Inc.**                                    Case number (*if known*) _____
     Name

---

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    2389

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

---

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

Debtor    **Fluid Construction Inc.**                                              Case number (*if known*)
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

Debtor  **Fluid Construction Inc.**                                                    Case number (*if known*) _____
      Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Fluid Construction Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August 18, 2023**
                MM / DD / YYYY

X **/s/ Charles Tirri**                                          **Charles Tirri**
Signature of authorized representative of debtor                Printed name

Title   **CEO**

---

**18. Signature of attorney**

X **/s/ Jeffrey S. Ainsworth**                        Date **August 18, 2023**
Signature of attorney for debtor                            MM / DD / YYYY

**Jeffrey S. Ainsworth 060769**
Printed name

**BransonLaw, PLLC**
Firm name

**1501 E. Concord Street**
**Orlando, FL 32803**
Number, Street, City, State & ZIP Code

Contact phone   **407 894 6834**        Email address   **jeff@bransonlaw.com**

**060769 FL**
Bar number and State

---

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

**Fill in this information to identify the case:**

Debtor name    **Fluid Construction Inc.**

United States Bankruptcy Court for the:    **MIDDLE DISTRICT OF FLORIDA**

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 18, 2023**      X **/s/ Charles Tirri**
                                         Signature of individual signing on behalf of debtor

                                         **Charles Tirri**
                                         Printed name

                                         **CEO**
                                         Position or relationship to debtor

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Fluid Construction Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ally Financial** PO Box 78234 Phoenix, AZ 85062 | | **Repossession deficiency** | | | | **$45,510.00** |
| **Amex Correspondence/Bankruptcy** POBox 981540 El Paso, TX 79998 | | cc | | | | **$72,519.66** |
| **Areto Holdings LLC** c/o Devin Elkin 619 N Mandan Street Bismarck, ND 58501 | | loan | | | | **$75,000.00** |
| **Clearfund** 999 Wall Street Suite # 2613 New York, NY 10005 | | **merchant cash advance** | **Contingent Unliquidated Disputed** | | | **$405,000.00** |
| **Department of Revenue** PO Box 8500 Tallahassee, FL 32314 | | **941's** | | | | **$600,000.00** |
| **Dobbs Equipment** 4333 North John Young Pkwy Orlando, FL 32804 | | **equipment rental** | **Contingent Unliquidated** | | | **$31,440.78** |
| **EquipmentShare** PO Box 650429 Dallas, TX 75265 | | **equipment rental** | | | | **$77,335.03** |
| **Everest Business Funding** 102 W 38th Street 6th Floor New York, NY 10018 | | Loan | **Unliquidated Disputed** | | | **$28,000.00** |
| **Ford Credit** PO Box 689001 Franklin, TN 37068 | | **Repossession deficiency** | | | | **$49,000.00** |

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

| Debtor | **Fluid Construction Inc.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **G & G Funding Group LLC 70 Madison Avenue New York, NY 10016** | | **merchant cash advance** | **Contingent Unliquidated Disputed** | | | **$15,000.00** |
| **John Deere Financial PO Box 650215 Dallas, TX 75265** | | **Repossession deficiency** | | | | **$31,846.48** |
| **Landmark Funding Group LLC 2237 New York Avenue Brooklyn, NY 11234** | | **merchant cash advance** | **Contingent Unliquidated Disputed** | | | **$45,000.00** |
| **Lengemann Corporation c/o Leviton Law Firm 1 Pierce Place Suite 725 West Itasca, IL 60143** | | **vendor** | | | | **$86,926.32** |
| **Orange Advance, LLC 28 Liberty Street New York, NY 10005** | | **merchant cash advance** | **Contingent Unliquidated Disputed** | | | **$23,721.11** |
| **PowerPlan 21310 Network Place Chicago, IL 60673-1213** | | **vendor** | | | | **$31,275.46** |
| **Ring Power Corporation 415 Community College Pky SE Palm Bay, FL 32909** | | **services** | | | | **$272,388.40** |
| **Spinning Crane Works, LLC 1306 Potenza Drive Melbourne, FL 32904** | | **equipment rental** | | | | **$16,415.40** |
| **Sunbelt Rentals PO Box 409211 Atlanta, GA 30384-9211** | | **equipment rental** | **Contingent** | | | **$60,842.21** |
| **Suncoast Funding Group LLC 141 NE 3rd Avenue Suite #1100 Miami, FL 33132** | | **Merchant Cash Advance** | **Unliquidated Disputed** | | | **$14,000.00** |
| **United Rentals 10330 David Taylor Dr Charlotte, NC 28262** | | **equipment rental** | | | | **$142,624.30** |

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

**Fill in this information to identify the case:**

Debtor name   **Fluid Construction Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*............................................................... $     **0.00**

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*............................................................ $     **142,852.20**

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*............................................................. $     **142,852.20**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **153,477.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $     **600,000.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **1,586,502.79**

4.   Total liabilities ......................................................................................................
     Lines 2 + 3a + 3b                   $     **2,339,979.79**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fluid Construction Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Trustco Bank** | **Checking** | 1711 | $1,552.20 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $1,552.20 |

### Part 2:    Deposits and Prepayments
**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable
**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11b. Over 90 days old: | 850,916.38 | - | 850,916.38 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **Fluid Construction Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 12. | **Total of Part 3.** | | **$0.00** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** office furniture | **$0.00** | | **$700.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** computers | **$0.00** | | **$300.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | **$1,000.00** |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

Debtor    **Fluid Construction Inc.**                                     Case number *(If known)* _____
Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2022 Dodge Ram 1500** | $0.00 | | $30,000.00 |
|---|---|---|---|---|
| 47.2. | **2022 Chevy Silverado 2500** | $0.00 | | $55,000.00 |
| 47.3. | **2020 Chevy Silverado 2500** | $0.00 | | $55,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

51.    **Total of Part 8.**                                                              | $140,000.00 |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

---

| Part 9: | Real property |
|---------|--------------|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

61.    **Internet domain names and websites**

---

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

Debtor    **Fluid Construction Inc.**_____    Case number *(If known)* _____
          <sub>Name</sub>

| **website**_____ | _____ $0.00 | _____ | _____ $0.00 |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                    | $0.00 |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                               **Current value of
                                                                               debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

       **Cause of action against Prince Land, Inc.**                               $0.00
       **Nature of claim**        **Breach of contract**
       **Amount requested**           **$850,916.38**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor      **Fluid Construction Inc.**
_____
            Name

| | |
|---|---|
| **misc. small hand tools** | **$300.00** |

---

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    | **$300.00** |
    |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

Debtor    **Fluid Construction Inc.**
_____    Case number *(If known)* _____
Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,552.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $140,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $300.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $142,852.20 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $142,852.20 |

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

**Fill in this information to identify the case:**

Debtor name **Fluid Construction Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  Chrysler Capital**
Creditor's Name

PO Box 660335
Dallas, TX 75266-0335
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Dodge Ram 1500**

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$48,977.00 | $30,000.00

**2.2  GM Financial**
Creditor's Name

P.O. Box 181145
Arlington, TX 76096
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2022 Chevy Silverado 2500**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$60,500.00 | $55,000.00

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

| Debtor | **Fluid Construction Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Mid-Florida** | Describe debtor's property that is subject to a lien | $44,000.00 | $55,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2020 Chevy Silverado 2500** | | |

**PO Box 8008**
**Lakeland, FL 33802**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $153,477.00

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Fluid Construction Inc.**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600,000.00** | **$600,000.00** |

**2.1** Priority creditor's name and mailing address
**Department of Revenue
PO Box 8500
Tallahassee, FL 32314**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**941's**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**Ally Financial
PO Box 78234
Phoenix, AZ 85062**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$45,510.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Repossession deficiency**

Is the claim subject to offset? ■ No ☐ Yes

**3.2** Nonpriority creditor's name and mailing address
**Amex
Correspondence/Bankruptcy
POBox 981540
El Paso, TX 79998**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$72,519.66**

Date(s) debt was incurred _

Last 4 digits of account number **1006**

Basis for the claim: **CC**

Is the claim subject to offset? ■ No ☐ Yes

37780

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

| Debtor | Fluid Construction Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,162.33 |
|---|---|---|---|

**Amex**
PO Box 297871
Fort Lauderdale, FL 33329

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CC__

Last 4 digits of account number __1006__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,100.86 |
|---|---|---|---|

**Amex**
PO Box 297871
Fort Lauderdale, FL 33329

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CC__

Last 4 digits of account number __1005__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**Areto Holdings LLC**
c/o Devin Elkin
619 N Mandan Street
Bismarck, ND 58501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Avion Funding LLC**
101 Chase Ave, Ste 208
Lakewood, NJ 08701

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __merchant cash advance__

Last 4 digits of account number __4994__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405,000.00 |
|---|---|---|---|

**Clearfund**
999 Wall Street
Suite # 2613
New York, NY 10005

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __6/23/2022__

Basis for the claim: __merchant cash advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,446.00 |
|---|---|---|---|

**Deberadinis Trucking Co dba**
**Deberadinis Heavy Haul**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,440.78 |
|---|---|---|---|

**Dobbs Equipment**
4333 North John Young Pkwy
Orlando, FL 32804

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __equipment rental__

Last 4 digits of account number __2784__

Is the claim subject to offset? ■ No ☐ Yes

---

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

| Debtor | **Fluid Construction Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.10** | Nonpriority creditor's name and mailing address
**EquipmentShare**
PO Box 650429
**Dallas, TX 75265**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **4702**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **equipment rental**

Is the claim subject to offset? ■ No ☐ Yes

**$77,335.03**

---

**3.11** | Nonpriority creditor's name and mailing address
**Essential Equipment Hauling**
1160 Wyoming Drive
**Palm Bay, FL 32909**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **0044**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **hauling**

Is the claim subject to offset? ■ No ☐ Yes

**$10,875.00**

---

**3.12** | Nonpriority creditor's name and mailing address
**Everest Business Funding**
102 W 38th Street
**6th Floor**
**New York, NY 10018**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$28,000.00**

---

**3.13** | Nonpriority creditor's name and mailing address
**Ford Credit**
PO Box 689001
**Franklin, TN 37068**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repossession deficiency**

Is the claim subject to offset? ■ No ☐ Yes

**$49,000.00**

---

**3.14** | Nonpriority creditor's name and mailing address
**G & G Funding Group LLC**
70 Madison Avenue
**New York, NY 10016**

Date(s) debt was incurred  **12/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **merchant cash advance**

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

**3.15** | Nonpriority creditor's name and mailing address
**Generator Fueling FL, Inc.**
Attn.: Starla Nance
PO Box 1862
**Seffner, FL 33584**

Date(s) debt was incurred  **Sept. - Oct. 2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **diesel**

Is the claim subject to offset? ■ No ☐ Yes

**$12,749.00**

---

**3.16** | Nonpriority creditor's name and mailing address
**John Deere Financial**
PO Box 650215
**Dallas, TX 75265**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **3818**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repossession deficiency**

Is the claim subject to offset? ■ No ☐ Yes

**$31,846.48**

---

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

| Debtor | Fluid Construction Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.17** | **Nonpriority creditor's name and mailing address**
Landmark Funding Group LLC
2237 New York Avenue
Brooklyn, NY 11234

Date(s) debt was incurred  7/7/2022

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$45,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  merchant cash advance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**
Lengemann Corporation
c/o Leviton Law Firm
1 Pierce Place
Suite 725 West
Itasca, IL 60143

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$86,926.32**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**
Orange Advance, LLC
28 Liberty Street
New York, NY 10005

Date(s) debt was incurred  12/2022

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$23,721.11**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  merchant cash advance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**
PowerPlan
21310 Network Place
Chicago, IL 60673-1213

Date(s) debt was incurred  2022

Last 4 digits of account number  3818

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$31,275.46**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**
Ring Power Corporation
415 Community College Pky SE
Palm Bay, FL 32909

Date(s) debt was incurred ___

Last 4 digits of account number  6158

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$272,388.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**
Spinning Crane Works, LLC
1306 Potenza Drive
Melbourne, FL 32904

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$16,415.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  equipment rental

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**
Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

Date(s) debt was
incurred  2022 through March 2023

Last 4 digits of account number  0331

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$60,842.21**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  equipment rental

Is the claim subject to offset? ■ No ☐ Yes

---

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

| Debtor | **Fluid Construction Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,000.00**

**Suncoast Funding Group LLC**
**141 NE 3rd Avenue**
**Suite #1100**
**Miami, FL 33132**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/2022**

Basis for the claim:  **Merchant Cash Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$142,624.30**

**United Rentals**
**10330 David Taylor Dr**
**Charlotte, NC 28262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **equipment rental**

Last 4 digits of account number  **3286**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,324.45**

**White Cap LP**
**dba White Cap Construction**
**6250 Brook Hollow Parkway**
**Norcross, GA 30071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Ram Tools**

Last 4 digits of account number  **7267**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Barr Credit Services**<br>**3444 N Country Club Road**<br>**Suite 200**<br>**Tucson, AZ 85716** | Line **3.26**<br><br>☐ Not listed. Explain ____ | **7267** |
| 4.2 | **Blake Stewart**<br>**Stewart Law CS LLC**<br>**1033 Florida Avenue**<br>**Rockledge, FL 32955** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **CRF Solutions**<br>**2051 Royal Avenue**<br>**Simi Valley, CA 93065** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **David Fogel Esq**<br>**1225 Franklin Ave #201**<br>**Garden City, NY 11530** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **FirstSource**<br>**205 Bryant Woods South**<br>**Amhersst, NY 14228** | Line **3.4**<br><br>☐ Not listed. Explain ____ | **7273** |
| 4.6 | **G and G Funding Group LLC**<br>**57 W 57th Street**<br>**Floor 4**<br>**New York, NY 10019** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |

---

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

| Debtor | **Fluid Construction Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Jackie Estevez**<br>**Barr Credit Services Inc.**<br>**3444 N. Country Club Rd #200**<br>**Tucson, AZ 85716** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **John Deere Construction**<br>**& Forestry Company**<br>**6400 NW 86th Street**<br>**Johnston, IA 50131** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **LippesMathias**<br>**10151 Deerwood Park**<br>**Bldg 300, Ste 300**<br>**Jacksonville, FL 32256** | Line **3.21**<br>☐ Not listed. Explain ____ | **6158** |
| 4.10 | **Nationwide Credit Inc.**<br>**2101 W Peoria Avenue**<br>**Suite 150**<br>**Phoenix, AZ 85029-4934** | Line **3.2**<br>☐ Not listed. Explain ____ | **2369** |
| 4.11 | **Orange Advance LLC**<br>**140 32nd Street**<br>**# 316**<br>**Brooklyn, NY 11232** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Robert B. Worman**<br>**2600 Lake Lucien Drive #405**<br>**Maitland, FL 32751** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Stefanie Beskovoyne**<br>**Besko Law**<br>**1001 SE Princeville St**<br>**Port Saint Lucie, FL 34983** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Sunbelt Rentals, Inc.**<br>**c/o Shumaker**<br>**1000 Jackson Street**<br>**Toledo, OH 43604-5573** | Line **3.23**<br>☐ Not listed. Explain ____ | **7891** |
| 4.15 | **Weltman, Weinberg, Reis Co.**<br>**PO Box 93596**<br>**Cleveland, OH 44101** | Line **3.16**<br>☐ Not listed. Explain ____ | **2029** |
| 4.16 | **Yehuda Klien, Esquire**<br>**The Klein Law Firm LLC**<br>**PO Box 714**<br>**Lakewood, NJ 08701** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 600,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,586,502.79 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,186,502.79 |

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Fluid Construction Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>     State the term remaining<br><br>   List the contract number of any government contract | **Commercial Office Suite**<br>**Lease Ends: July 31, 2024**<br><br><br>**Progressive Real Estate Holdings, LLC**<br>**1064 W Hwy 50**<br>**Suite 101**<br>**Clermont, FL 34711** |

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>Fluid Construction Inc.</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number <i>(if known)</i></td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Anthony Tirri** | **5660 County Road 561**<br>**Clermont, FL 34714** | **EquipmentShare** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.2 | **Anthony Tirri** | **5660 County Road 561**<br>**Clermont, FL 34714** | **United Rentals** | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |
| 2.3 | **Anthony Tirri** | **5660 County Road 561**<br>**Clermont, FL 34714** | **Ring Power Corporation** | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |
| 2.4 | **Charles Tirri** | **5660 County Rd 561**<br>**Clermont, FL 34711** | **Sunbelt Rentals** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.5 | **Charles Tirri** | **5660 County Rd 561**<br>**Clermont, FL 34711** | **Orange Advance, LLC** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

| Debtor | **Fluid Construction Inc.** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Charles Tirri | 5660 County Rd 561<br>Clermont, FL 34711 | Avion Funding LLC | ☐ D _____<br>■ E/F  **3.6**<br>☐ G _____ |
| 2.7 | Charles Tirri | 5660 County Rd 561<br>Clermont, FL 34711 | Department of<br>Revenue | ☐ D _____<br>■ E/F  **2.1**<br>☐ G _____ |
| 2.8 | Charles Tirri | 5660 County Rd 561<br>Clermont, FL 34711 | Deberadinis Trucking<br>Co dba | ☐ D _____<br>■ E/F  **3.8**<br>☐ G _____ |
| 2.9 | Charles Tirri | 5660 County Rd 561<br>Clermont, FL 34711 | Clearfund | ☐ D _____<br>■ E/F  **3.7**<br>☐ G _____ |
| 2.10 | Charles Tirri | 5660 County Rd 561<br>Clermont, FL 34711 | Landmark Funding<br>Group LLC | ☐ D _____<br>■ E/F  **3.17**<br>☐ G _____ |
| 2.11 | Cole<br>Scarborough | 1617 Horseshoe Creek Rd<br>Davenport, FL 33837 | Avion Funding LLC | ☐ D _____<br>■ E/F  **3.6**<br>☐ G _____ |
| 2.12 | Cole<br>Scarborough | 1617 Horseshoe Creek Rd<br>Davenport, FL 33837 | Orange Advance,<br>LLC | ☐ D _____<br>■ E/F  **3.19**<br>☐ G _____ |
| 2.13 | Cole<br>Scarborough | 1617 Horseshoe Creek Rd<br>Davenport, FL 33837 | Department of<br>Revenue | ☐ D _____<br>■ E/F  **2.1**<br>☐ G _____ |

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

Debtor    **Fluid Construction Inc.**                                    Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Cole Scarborough**  1617 Horseshoe Creek Rd  Davenport, FL 33837 | **Dobbs Equipment** | ☐ D _____  ■ E/F    **3.9**  ☐ G _____ |
| 2.15 | **Cole Scarborough**  1617 Horseshoe Creek Rd  Davenport, FL 33837 | **Deberadinis Trucking Co dba** | ☐ D _____  ■ E/F    **3.8**  ☐ G _____ |
| 2.16 | **Cole Scarborough**  1617 Horseshoe Creek Rd  Davenport, FL 33837 | **Clearfund** | ☐ D _____  ■ E/F    **3.7**  ☐ G _____ |
| 2.17 | **Cole Scarborough**  1617 Horseshoe Creek Rd  Davenport, FL 33837 | **Landmark Funding Group LLC** | ☐ D _____  ■ E/F    **3.17**  ☐ G _____ |
| 2.18 | **David Bartek**  11460 Park Avenue  Windermere, FL 34786 | **Sunbelt Rentals** | ☐ D _____  ■ E/F    **3.23**  ☐ G _____ |
| 2.19 | **David Bartek**  11460 Park Avenue  Windermere, FL 34786 | **Department of Revenue** | ☐ D _____  ■ E/F    **2.1**  ☐ G _____ |
| 2.20 | **David Bartek**  11460 Park Avenue  Windermere, FL 34786 | **Amex** | ☐ D _____  ■ E/F    **3.2**  ☐ G _____ |
| 2.21 | **David Bartek**  11460 Park Avenue  Windermere, FL 34786 | **Amex** | ☐ D _____  ■ E/F    **3.3**  ☐ G _____ |

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

| Debtor | **Fluid Construction Inc.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**   *Column 2:* **Creditor**

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

**Fill in this information to identify the case:**

Debtor name **Fluid Construction Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$138,556.10** |
    | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,584,553.47** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|
    | | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|
    | | | | |

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

| Debtor | **Fluid Construction Inc.** | Case number *(if known)* | |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Samantha Tirri<br>11517 Clair Place<br>Clermont, FL 34711<br>Family Member** | **July 2022 to<br>July 2023** | **$38,500.00** | **services provided** |
| 4.2. | **Joseph Tirri<br>5660 County Road 561<br>34714<br>Family Member** | **July 2022 to<br>October 2022** | **$20,000.00** | **services provided** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **John Deere Financial<br>PO Box 650215<br>Dallas, TX 75265** | **John Deere 85G EXC W/AUX HYD<br>S/N: 023612**<br><br>**Hitachi ZAXI ZX350LC EXC Base Pkg<br>S/N: 941029** | **July 2023** | **$0.00** |
| **Ford Credit<br>PO Box 689001<br>Franklin, TN 37068** | **2022 Ford F150**<br><br>**2022 Ford F150** | **July 2023** | **$0.00** |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by state or federal agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Orange Advance, LLC,<br>vs.<br>Fluid Construction, Inc., et al<br>502902/2023** | **Contract<br>Indebtedness** | **Supreme Court of the State<br>of New York<br>County of Kings** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

Debtor   **Fluid Construction Inc.**                                                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Spinning Crane Works, LLC vs.**<br>**Fluid Construction, Inc.**<br>**05-2023-CC** | Contract Indebtedness | **Brevard County Civil Court**<br>**51 Nieman Avenue**<br>**#100**<br>**Melbourne, FL 32901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Deberadinis Trucking Company**<br>**vs.**<br>**Fluid Construction, Inc.**<br>**2023-CC-003696** | Contract Indebtedness | **Orange County Circuit Co.**<br>**425 N. Orange Avenue**<br>**# 550**<br>**Orlando, FL 32802** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Dobbs Equipment, LLC**<br>**vs.**<br>**Fluid Construction, Inc.**<br>**2022-CA-002188** | Contract Indebtedness | **Lake County Circuit Court**<br>**550 W. Main Street**<br>**Tavares, FL 32778** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Ring Power Corporation**<br>**vs.**<br>**Fluid Construction, Inc.**<br>**2023-CA-001191** | Contract Indebtedness | **Duval County Circuit Court**<br>**501 W. Adams Street**<br>**Jacksonville, FL 32202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Avion Funding LLC vs. Fluid Construction Inc. and Cole James Scarborough**<br>**534994/2022** | Civil | **Contract Indebtedness**<br>**Supreme Court of the State of New York**<br>**County of Kings** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

Debtor   **Fluid Construction Inc.** _____   Case number *(if known)* _____

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **BransonLaw, PLLC**<br>**1501 E. Concord Street**<br>**Orlando, FL 32803** | **Attorney Fees** | **3/30/23,**<br>**3/31/23,**<br>**8/11/23** | **$20,500.00** |
| **Email or website address**<br>**jeff@bransonlaw.com** | | | |
| **Who made the payment, if not debtor?**<br>**Samantha Tirri $3000.00** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

| Debtor | **Fluid Construction Inc.** | Case number *(if known)* |
|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank** | **XXXX-0584** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/31/2023** | **$0.00** |
| 18.2. | **BlueVine Inc.**<br>**401 Warren Street**<br>**Suite 300**<br>**Redwood City, CA 94063** | **XXXX-6661** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **05/2023** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

| Debtor | **Fluid Construction Inc.** | Case number *(if known)* | |
|--------|------------------------------|--------------------------|--|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---------------------------|----------------------------------|--------------------|----------------|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|
| | | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|-------------------------------------|-----------------------------------------------------------------------------------------------------------------|
| | | |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| | |

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

Debtor    **Fluid Construction Inc.** _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Sines Blakeslee Madyda**<br>**800 South Dillard Street**<br>**Winter Garden, FL 34787** | **May 2022 -**<br>**September 2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Charles Tirri** | **5660 County Rd 561**<br>**Clermont, FL 34711** | **CEO** | **27.5%** |
| **Cole Scarborough** | **1617 Horseshoe Creek Rd**<br>**Davenport, FL 33837** | **COO** | **27.5%** |
| **David Bartek** | **11460 Park Avenue**<br>**Windermere, FL 34786** | **CFO** | **27.5%** |
| **Devin Elkin** | **1064 West Highway 50**<br>**Suite 215**<br>**Clermont, FL 34711** | | **3%** |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

Debtor    **Fluid Construction Inc.**

Case number *(if known)*

---

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **David Bartek** | **$42,300.00** | **July 2022 - July 2023** | **Services provided** |
| | **Relationship to debtor**<br>**CFO** | | | |
| 30.2. | **Cole Scarborough**<br>**1617 Horseshoe Creek Rd**<br>**Davenport, FL 33837** | **$90,230.80** | **July 2022 - July 2023** | **Services provided** |
| | **Relationship to debtor**<br>**COO** | | | |
| 30.3. | **Charles Tirri**<br>**5660 County Rd 561**<br>**Clermont, FL 34711** | **$7,500.00** | **July 2022 - July 2023** | **Services provided** |
| | **Relationship to debtor**<br>**DPCEO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

Debtor    **Fluid Construction Inc.** _____    Case number *(if known)* _____

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August 18, 2023** _____

**/s/ Charles Tirri** _____      **Charles Tirri** _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **CEO** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

## United States Bankruptcy Court
### Middle District of Florida

In re   **Fluid Construction Inc.**                          Case No. _____

                                            Debtor(s)           Chapter     **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 18, 2023** _____      Signature  **/s/ Charles Tirri** _____

                                                                   **Charles Tirri**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Doc ID: 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b

**United States Bankruptcy Court**
**Middle District of Florida**

In re   **Fluid Construction Inc.** _____   Case No. _____

_____
Debtor(s)

Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:   **August 18, 2023** _____   **/s/ Charles Tirri** _____

**Charles Tirri**/**CEO**
Signer/Title

Fluid Construction Inc.
1064 West Highway 50
Suite 215
Clermont, FL 34711

Blake Stewart
Stewart Law CS LLC
1033 Florida Avenue
Rockledge, FL 32955

Department of Revenue
PO Box 8500
Tallahassee, FL 32314

Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 E. Concord Street
Orlando, FL 32803

Charles Tirri
5660 County Rd 561
Clermont, FL 34711

Dobbs Equipment
4333 North John Young Pkwy
Orlando, FL 32804

Ally Financial
PO Box 78234
Phoenix, AZ 85062

Chrysler Capital
PO Box 660335
Dallas, TX 75266-0335

EquipmentShare
PO Box 650429
Dallas, TX 75265

Amex
Correspondence/Bankruptcy
POBox 981540
El Paso, TX 79998

Clearfund
999 Wall Street
Suite # 2613
New York, NY 10005

Essential Equipment Hauling
1160 Wyoming Drive
Palm Bay, FL 32909

Amex
PO Box 297871
Fort Lauderdale, FL 33329

Cole Scarborough
1617 Horseshoe Creek Rd
Davenport, FL 33837

Everest Business Funding
102 W 38th Street
6th Floor
New York, NY 10018

Anthony Tirri
5660 County Road 561
Clermont, FL 34714

CRF Solutions
2051 Royal Avenue
Simi Valley, CA 93065

FirstSource
205 Bryant Woods South
Amhersst, NY 14228

Areto Holdings LLC
c/o Devin Elkin
619 N Mandan Street
Bismarck, ND 58501

David Bartek
11460 Park Avenue
Windermere, FL 34786

Ford Credit
PO Box 689001
Franklin, TN 37068

Avion Funding LLC
101 Chase Ave, Ste 208
Lakewood, NJ 08701

David Fogel Esq
1225 Franklin Ave #201
Garden City, NY 11530

G & G Funding Group LLC
70 Madison Avenue
New York, NY 10016

Barr Credit Services
3444 N Country Club Road
Suite 200
Tucson, AZ 85716

Deberadinis Trucking Co dba
Deberadinis Heavy Haul

G and G Funding Group LLC
57 W 57th Street
Floor 4
New York, NY 10019

Generator Fueling FL, Inc.
Attn.: Starla Nance
PO Box 1862
Seffner, FL 33584

GM Financial
P.O. Box 181145
Arlington, TX 76096

Jackie Estevez
Barr Credit Services Inc.
3444 N. Country Club Rd #200
Tucson, AZ 85716

John Deere Construction
& Forestry Company
6400 NW 86th Street
Johnston, IA 50131

John Deere Financial
PO Box 650215
Dallas, TX 75265

Landmark Funding Group LLC
2237 New York Avenue
Brooklyn, NY 11234

Lengemann Corporation
c/o Leviton Law Firm
1 Pierce Place
Suite 725 West
Itasca, IL 60143

LippesMathias
10151 Deerwood Park
Bldg 300, Ste 300
Jacksonville, FL 32256

Mid-Florida
PO Box 8008
Lakeland, FL 33802

Nationwide Credit Inc.
2101 W Peoria Avenue
Suite 150
Phoenix, AZ 85029-4934

Orange Advance LLC
140 32nd Street
# 316
Brooklyn, NY 11232

Orange Advance, LLC
28 Liberty Street
New York, NY 10005

PowerPlan
21310 Network Place
Chicago, IL 60673-1213

Progressive Real
Estate Holdings, LLC
1064 W Hwy 50
Suite 101
Clermont, FL 34711

Ring Power Corporation
415 Community College Pky SE
Palm Bay, FL 32909

Robert B. Worman
2600 Lake Lucien Drive #405
Maitland, FL 32751

Spinning Crane Works, LLC
1306 Potenza Drive
Melbourne, FL 32904

Stefanie Beskovoyne
Besko Law
1001 SE Princeville St
Port Saint Lucie, FL 34983

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

Sunbelt Rentals, Inc.
c/o Shumaker
1000 Jackson Street
Toledo, OH 43604-5573

Suncoast Funding Group LLC
141 NE 3rd Avenue
Suite #1100
Miami, FL 33132

United Rentals
10330 David Taylor Dr
Charlotte, NC 28262

Weltman, Weinberg, Reis Co.
PO Box 93596
Cleveland, OH 44101

White Cap LP
dba White Cap Construction
6250 Brook Hollow Parkway
Norcross, GA 30071

Yehuda Klien, Esquire
The Klein Law Firm LLC
PO Box 714
Lakewood, NJ 08701

# United States Bankruptcy Court
## Middle District of Florida

In re    **Fluid Construction Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Fluid Construction Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 18, 2023**

Date

**/s/ Jeffrey S. Ainsworth**

**Jeffrey S. Ainsworth 060769**

Signature of Attorney or Litigant

Counsel for    **Fluid Construction Inc.**

**BransonLaw, PLLC**

**1501 E. Concord Street**
**Orlando, FL 32803**
**407 894 6834 Fax:407 894 8559**
**jeff@bransonlaw.com**

 **Dropbox** Sign

**Audit trail**

| | |
|---|---|
| **Title** | Hello |
| **File name** | 1692390955-Petition.PDF |
| **Document ID** | 0c73b8d45533da5fd6ab6c894e8874efc7c3c08b |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

This document was requested on bransonlaw.cliogrow.com and signed on bransonlaw.cliogrow.com

## Document History

| | | |
|---|---|---|
| ⤴ SENT | **08 / 18 / 2023** 20:37:18 UTC | Sent for signature to Charles Tirri (ctirri1@gmail.com) from tammy@bransonlaw.com IP: 107.146.10.34 |
| 👁 VIEWED | **08 / 18 / 2023** 21:00:51 UTC | Viewed by Charles Tirri (ctirri1@gmail.com) IP: 107.123.33.21 |
| ✒ SIGNED | **08 / 18 / 2023** 21:01:27 UTC | Signed by Charles Tirri (ctirri1@gmail.com) IP: 107.123.33.21 |
| ✓ COMPLETED | **08 / 18 / 2023** 21:01:27 UTC | The document has been completed. |

Powered by **Dropbox** Sign